1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

9    Dennis V. Francisco,                        Case No.  2:18-cv-01956-GMN-VCF

10                              Plaintiff,                    ORDER

11          v.

12   Joseph Lombardo et al.,

13                              Defendants.

14

15   **I.      DISCUSSION**

16          Plaintiff, who is a prisoner in the custody of the Clark County Detention Center

17   ("CCDC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has

18   filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1).

19          Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28

20   U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to

21   proceed *in forma pauperis* and attach both an inmate account statement for the past six

22   months and a properly executed financial certificate.  Plaintiff has not submitted an inmate

23   account statement.  (*See* ECF No. 1).  As such, the *in forma pauperis* application is denied

24   without prejudice.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but

25   will not file it until the matter of the payment of the filing fee is resolved.  Plaintiff will be

26   granted an opportunity to cure the deficiencies of his application to proceed *in forma*

27   *pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to

28   file a new application to proceed *in forma pauperis* he must file a fully complete application

1  to proceed *in forma pauperis*.

2  **II.    CONCLUSION**

3         For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

4  *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

5         IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the

6  approved form application to proceed *in forma pauperis* by a prisoner, as well as the

7  document entitled information and instructions for filing an *in forma pauperis* application.

8         IT IS FURTHER ORDERED that within thirty (30) days from the date of this order,

9  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on

10  the correct form with complete financial attachments in compliance with 28 U.S.C. §

11  1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing

12  fee and the $50 administrative fee).

13         IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

14  dismissal of this action may result.

15         IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint

16  (ECF No. 1-1), but shall not file it at this time.

17

18         DATED THIS  15th  day of October 2018.

19                                                    _____

20                                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28